IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COZAD TRAILER SALES, LLC, ) | NO. 1:10-CV-00668 AWI GSA |
| Plaintiff, ) | |
| ) | ORDER VACATING |
| v. ) | JUNE 28, 2010 HEARING DATE |
| ) | AND TAKING MATTER |
| PACIFIC COAST TRAILERS, LLC, a ) | UNDER SUBMISSION |
| Washington limited liability company, ) | |
| et al., ) | |
| Defendants. ) | |

Defendants' motion to dismiss has been set for hearing in this case on June 28, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 28, 2010, is VACATED, and the parties shall not appear at that time. As of June 28, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 24, 2010

CHIEF UNITED STATES DISTRICT JUDGE