THE LAW OFFICES OF ANDREW D. FORTNEY, PH.D., P.C.
ANDREW D. FORTNEY, PH.D. (SBN 178699)
SHERRIE M. FLYNN (SBN 240215)
215 W. Fallbrook Ave., Suite 203
Fresno, CA 93711
Telephone:  (559) 432-6847
Facsimile:  (559) 432-6872
Email:  andrew.fortney@fortneylaw.com
Email:  sherrie.flynn@fortneylaw.com

Attorneys for COZAD TRAILER SALES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| COZAD TRAILER SALES, LLC<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC COAST TRAILERS, LLC, a Washington limited liability company; RELIANCE TRAILER MANUFACTURING, a California corporation; RELIANCE TRAILER CO., LLC, a Washington limited liability company; REDWOOD RELIANCE SALES COMPANY, a California corporation; BRIAN LING, an individual, DONALD K. LING, an individual, and JOSEPH MAYO, an individual,<br><br>　　　　Defendants. | Case No.: 1:10-CV-00668-AWI-GSA<br><br>**ORDER DISMISSING DEFENDANTS RELIANCE TRAILER MANUFACTURING, RELIANCE TRAILER CO., LLC, REDWOOD RELIANCE SALES COMPANY, BRIAN LING, AND DONALD K. LING** |

　　Pursuant to Fed. R. Civ. Proc. 41(a)(2) and Plaintiff COZAD TRAILER SALES, LLC's Notice of Settlement and Request for Dismissal, filed with this Court on September 13, 2010 (Document No. 62), **IT IS HEREBY ORDERED THAT:**

///

///

1
**[PROPOSED] ORDER DISMISSING DEFENDANTS**

1. Defendants RELIANCE TRAILER MANUFACTURING, RELIANCE TRAILER CO., LLC, REDWOOD RELIANCE SALES COMPANY, BRIAN LING AND DONALD K. LING are hereby dismissed with prejudice from this action; and

2. The Court retains jurisdiction to enforce the terms of the Settlement and Release Agreement, if necessary.

IT IS SO ORDERED.

Dated:   September 15, 2010                    _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE