| | |
|---|---|
| 1 | THE LAW OFFICES OF ANDREW D. FORTNEY, PH.D., P.C. |
| | ANDREW D. FORTNEY, PH.D. (SBN 178699) |
| 2 | SHERRIE M. FLYNN (SBN 240215) |
| | 215 W. Fallbrook Ave., Suite 203 |
| 3 | Fresno, CA 93711 |
| | Telephone:  (559) 432-6847 |
| 4 | Facsimile:  (559) 432-6872 |
| | Email:  andrew.fortney@fortneylaw.com |
| 5 | Email:  sherrie.flynn@fortneylaw.com |
| 6 | Attorneys for COZAD TRAILER SALES, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| COZAD TRAILER SALES, LLC | ) | Case No.: 1:10-CV-00668-AWI-GSA |
| Plaintiff, | ) | |
| vs. | ) | **ORDER DISMISSING DEFENDANTS** |
| | ) | **PACIFIC COAST TRAILERS, LLC AND** |
| PACIFIC COAST TRAILERS, LLC, a Washington limited liability company; RELIANCE TRAILER MANUFACTURING, a California corporation; RELIANCE TRAILER CO., LLC, a Washington limited liability company; REDWOOD RELIANCE SALES COMPANY, a California corporation; BRIAN LING, an individual, DONALD K. LING, an individual, and JOSEPH MAYO, an individual, | ) | **JOSEPH MAYO** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Plaintiff COZAD TRAILER SALES, LLC's Notice of Settlement and Request for Dismissal, filed with this Court on September 29, 2010 (Document No. 65), **IT IS HEREBY ORDERED THAT:**

///

///

1. Defendants PACIFIC COAST TRAILERS, LLC and JOSEPH MAYO are hereby DISMISSED from this action with prejudice;

2. The Court retains jurisdiction to enforce the terms of the Settlement and Release Agreement, if necessary; and

3. As all Defendants are now dismissed from this action, the Clerk of the Court shall CLOSE THE CASE.


IT IS SO ORDERED.

Dated:   October 1, 2010                              _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE